**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald Wayne ABNEY, Defendant–**
**Appellant.**

**No. 03–40163**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

James Lee Turner, Renata Ann Gowie, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Molly E. Odom, Melissa J. Hinojosa–Garcia, Federal Public Defender's

Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:*

Ronald Wayne Abney appeals his sentence following his guilty-plea conviction for transporting illegal aliens for the purpose of financial gain, in violation of 8 U.S.C. § 1324. Abney challenges a condition of supervised release set forth in the written judgment that prohibits him from possessing "any other dangerous weapon." Abney argues that this provision must be deleted from the written judgment because the district court did not mention the condition when it orally pronounced sentence. We find no error in the written judgment. *See United States v. Torres–Aguilar*, 352 F.3d 934, 937–38 (5th Cir.2003).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR R. 47.5.4.